1   Duncan M. McNeill
    1514 Van Dyke Avenue
2   San Francisco, CA 94124
    415 752-5063 Telephone
3   415 752-5063 Facsimile
    dmcneill1@netzero.com
4   Fed. Bar No. 136416

5   Attorney for the Plaintiff

6

                    **UNITED STATES DISTRICT COURT**
7
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9   | JAMES B.  GOODMAN, | **Civil Action No. 3:12-CV-04415 RS** |

10  Plaintiff,                ORDER
                              **NOTICE AND REQUEST FOR**
11  vs.                       **DISMISSAL OF DEFENDANT**
                              **WITHOUT PREJUDICE**
12  NANYA TECHNOLOGY CORP.

13  Defendant.

14  *******************************************

        The Plaintiff, James B. Goodman, hereby requests that the Defendant, Nanya Technology
15
Corp., be dismissed without prejudice.
16
        It is respectfully pointed out that the Defendant has not been served, and has not
17
responded to the Complaint.
18

19  January 31, 2013                        THE PLAINTIFF
                                            JAMES B.  GOODMAN
20
                                            /s/ Duncan M. McNeill
21                                          Duncan M. McNeill
                                            1514 Van Dyke Avenue
22                                          San Francisco, CA 94124
                                            415 752-5063 Telephone
23                                          415 752-5063 Facsimile
                                            dmcneill1@netzero.com
24                                          Fed. Bar No. 136416

25                                          Attorney for the Plaintiff

26  SO ORDERED,

27  Date: 2/1/13

28                              _____
                                U.S. District Judge Richard Seeborg